SPINELLI, DONALD & NOTT
A Professional Corporation
Domenic D. Spinelli (SBN: 131192)
Evan M. Mclean (SBN: 309756)
601 University Avenue, Suite 225
Sacramento, CA 95825
Telephone: (916) 448-7888
Facsimile: (916) 448-6888

Attorneys for Defendant
KATHERINE PRINCE

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANE SHIKMAN,<br><br>Plaintiff,<br><br>vs.<br><br>COUNTY OF LAKE; COUNTY OF LAKE SHERIFF BRIAN MARTIN; CAPTAIN GREG HOSMAN; SERGEANT RENEE LEFFLER; OFFICER JAMES RHINE; OFFICER DOUGLAS ALEMAN; OFFICER KATHERINE PRINCE; OFFICER JARED MCCOLOUGH; OFFICER JOSHUA PHILLIPI; DEPUTY KALEN BROCK WALDER; DEPUTY MICHAEL DAVIS; CALIFORNIA FORENSIC MEDICAL GROUP; TAYLOR FITHIAN, M.D.; ROBBIN BRIGGS; MONIQUE QUILLEN; MANDY ROBBINS; ALISHA STOTTSBERRY; and DOES 1-50,<br><br>Defendants. | Case No.: 1:16-CV-05121-RMI<br><br>**DECLARATION OF KATHERINE PRINCE IN SUPPORT OF DEFENDANT OFFICER KATHERINE PRINCE'S MOTION FOR SUMMARY JUDGMENT PURSUANT TO F.R.C.P., RULE 56**<br><br>Date: April 20, 2018<br>Time: 10:00 a.m.<br>Judge: Hon. Robert M. Illman<br><br>Complaint Filed: 6/14/16<br>Trial date: June 4, 2018 |

I, KATHERINE PRINCE, declare as follows:

1. I have personal knowledge of the matters contained herein and, if called to do so, could and would testify to the facts set forth in this declaration.

2. At the time of Elizabeth Gaunt's ("Ms. Gaunt") detainment from August 1 to August 2, 2015, I was working as a Correctional Officer in the Lake County Jail in Lakeport, CA.

3. At the time of the incident underlying this case, I had approximately 11 years of experience

working as a correctional officer.

4. In the course of my work as a correctional officer, I would regularly perform cell checks on inmates for their safety and the safety of others.

5. Ms. Gaunt was detained in a sobering cell at the Lake County Jail, which contained a privacy wall that was placed in front of a toilet, as well as CCTV cameras that provided clear color video to monitors in the booking area.

6. During the course of Ms. Gaunt's detainment at the Lake County Jail in August 2015, I performed cell checks on multiple occasions, once on August 1, 2015, and several times on August 2, 2015.

7. It was experience that correctional officers at the Lake County Jail would inform other correctional officers handling a particular inmate's cell check of any important issues regarding that inmate.

8. During the detainment of Ms. Gaunt from August 1 to August 2, 2015, I was not notified by anyone that Ms. Gaunt made any request for a doctor.

9. During the detainment of Ms. Gaunt from August 1 to August 2, 2015, I was not notified by anyone prior to Ms. Gaunt's death that she had previously undergone a California Welfare and Institutions Code, section 5150, mental health evaluation.

10. During the detainment of Ms. Gaunt from August 1 to August 2, 2015, I was not notified by anyone prior to Ms. Gaunt's death that she was uncooperative.

11. During the detainment of Ms. Gaunt from August 1 to August 2, 2015, I was not notified by anyone prior to Ms. Gaunt's death that she refused to answer medical questions.

12. During the detainment of Ms. Gaunt from August 1 to August 2, 2015, I was not notified by anyone prior to Ms. Gaunt's death that she stated she thought she had mites or spiders crawling under her skin

13. During the detainment of Ms. Gaunt from August 1 to August 2, 2015, I was not notified by anyone prior to Ms. Gaunt's death of facts raising a concern of suicidal intent on the part of Ms. Gaunt.

///

SPINELLI, DONALD & NOTT

Executed this 28th day of February, 2018 at Sacramento, California.

                                                /s/ Katherine Prince
                                                  Katherine Prince

SPINELLI, DONALD & NOTT

3

DECLARATION OF KATHERINE PRINCE IN SUPPORT OF DEFENDANT OFFICER KATHERINE PRINCE'S MOTION FOR SUMMARY JUDGMENT PURSUANT TO F.R.C.P., RULE 56 - 1:16-CV-05121-RMI

## E-Filing Signature Attestation

I hereby attest that I have on file all holographic signatures corresponding to any signatures indicated by a conformed signature (/S/) within this e-filed document.

Executed this 28th day of February, 2018 at Sacramento, California.

                                        /s/ Domenic D. Spinelli
                                        Domenic D. Spinelli

SPINELLI, DONALD & NOTT

4

DECLARATION OF KATHERINE PRINCE IN SUPPORT OF DEFENDANT OFFICER KATHERINE PRINCE'S MOTION FOR SUMMARY JUDGMENT PURSUANT TO F.R.C.P., RULE 56 - 1:16-CV-05121-RMI